# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 21−80092−BSK |
| SUMMIT HOTELS, LLC, | CHAPTER 11 |
| Debtor. | **ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** |

COMES NOW Brandon R. Tomjack and hereby enters his appearance as attorney for FNBC Bank, a creditor in the above-captioned case.

FNBC Bank hereby requests service of all notices to which it is entitled be served upon it and upon the individual at the address set forth below and that the following be added to the Court's master matrix:

> Brandon R. Tomjack
> Baird Holm LLP
> 1700 Farnam St, Ste 1500
> Omaha, Nebraska 68102-2068
> btomjack@bairdholm.com

Dated this 4th day of February, 2021.

FNBC Bank, Creditor,

By:  s/Brandon R. Tomjack
     Brandon R. Tomjack (NE # 22981)
of   BAIRD HOLM LLP
     1700 Farnam St, Ste 1500
     Omaha, NE  68102-2068
     Phone: 402-344-0500
     Email: btomjack@bairdholm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2021, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

                                                  Brandon R. Tomjack

DOCS/2592988.1