**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| In re:<br><br>SUMMIT HOTELS, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. BK 21-80092-BSK |

**OBJECTION TO MOTION FOR RELIEF**

COMES NOW Summit Hotel, LLC, and: (i) objects to the Motion for Relief filed by FNBC; (ii) requests that the Court hold a hearing on the same.

Respectfully submitted.

**SUMMIT HOTELS, LLC**

By: *Patrick R. Turner*
Patrick R. Turner (#23461)
Turner Legal Group, LLC
139 S. 144th Street, #665
Omaha, NE 68010
Tel No. 402-690-3675
pturner@turnerlegalomaha.com
Counsel for Debtor.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was served by electronic filing utilizing the Court's CM/ECF system which gave notification electronically upon all parties of record in this case on this 30th day of April.

*/s/ Patrick R. Turner*
Patrick R. Turner